LILA SCHIFTER, an Infant, by ISAAC SCHIFTER, Her Guardian ad Litem, Respondent, *v.* BESSIE MAGAZINER, Appellant.

HENRIETTA SCHIFTER, Respondent, *v.* BESSIE MAGAZINER, Appellant.

(Argued November 21, 1930; decided January 6, 1931.)

*John D. Lyons, Nellie Childs Smith* and *George B. Hurley* for appellant.

*Ellsworth Baker* for respondents.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.